## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

HICA EDUCATION LOAN CORP.,

       Plaintiff,

  v.                                    Case No.  12-C-189

MICHAEL HIEBERT,

       Defendant.

## ORDER

Plaintiff filed this action seeking collection of some $75,000 in outstanding loan balances for loans made under the federal Health Education Assistance Loan program.  Plaintiff has moved for default judgment against the Defendant, who has not appeared in this action despite being served in March.  Because the complaint sets forth a clear right to relief, and because the Defendant has defaulted, the motion for default judgment will be **granted**.  Judgment will be entered in the amount of $74,960.63 plus $327 in prejudgment interest.  The judgment shall bear interest from the date of this judgment until it is paid at a variable rate calculated by the Secretary of the Department of Health and Human Services for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter, plus three percent, rounding this figure up to the nearest one-eighth of one percent.

    **SO ORDERED** this   11th   day of June, 2012.

                               s/ William C. Griesbach
                               William C. Griesbach
                               United States District Judge