AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

HICA EDUCATION LOAN CORPORATION,
    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 12-C-189

MICHAEL E HIEBERT,
    Defendant.

☒     **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that default judgment is entered against defendant Michael E Hiebert in the amount of $74,960.63 plus $327 in prejudgment interest, with a total of $75,287.63.

Approved:     s/ William C. Griesbach
                 WILLIAM C. GRIESBACH
                 United States District Judge

Dated: June 12, 2012.

JON W. SANFILIPPO
Clerk of Court

s/ A. Wachtendonck
(By) Deputy Clerk