UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HICA EDUCATION LOAN CORP.,

    Plaintiff,

v.                                     Case No. 12-C-189

MICHAEL HIEBERT,

    Defendant.

**ORDER**

Plaintiff brought this action seeking repayment of student loans. Default judgment was entered against the Defendant on June 12, 2012. Pursuant to the parties' agreements, Plaintiff is entitled to attorney's fees and costs. Plaintiff has submitted affidavits demonstrating that attorney's fees are $1,500 and costs are $450. These amounts are reasonable. Accordingly, Defendant is ordered to pay $1,950 in costs and fees to Plaintiff.

**SO ORDERED** this __17th__ day of August, 2012.

                                                                s/ William C. Griesbach
                                                                William C. Griesbach
                                                                United States District Judge